■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN M. ZAKRZEWSKI, Appellant.— Motion to amend remittitur granted and remittitur amended by adding thereto the following: Upon the appeal herein there was presented and necessarily passed upon the following questions under the Constitution of the United States, viz: Whether defendant's confession was secured in violation of his rights under the Fifth, Sixth and Fourteenth Amendments of the Constitution of the United States; and whether defendant was denied the effective assistance of counsel at trial in violation of his rights under the Sixth and Fourteenth Amendments of the Constitution of the United States. The Supreme Court, Appellate Division, Third Judicial Department, held that defendant's constitutional rights were not violated. Motion to amend remittitur in all other respects denied. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur. [36 A D 2d 646.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. LEO DEMERIS, Respondent.— Motion to dismiss appeal granted upon the ground that no appeal lies from an order granting an inspection of Grand Jury minutes (People v. Moreli, 11 A D 2d 437). Motion for a stay pending appeal denied as academic. Herlihy, P. J., Aulisi, Staley, Jr., Sweeney and Simons, JJ., concur.

## (June 25, 1971)

■ NEDDA R. HONIG, on Behalf of Herself and All Other Residents of the County of Rensselaer, Similarly Situated, Respondent, v. RENSSELAER COUNTY LEGISLATURE, Appellant, and CITY OF TROY et al., Intervenors-Respondents.— Appeal from a judgment of the Supreme Court at Special Term, entered June 17, 1971 in Rensselaer County, which rejected a plan for reapportionment adopted and submitted by the Rensselaer County Legislature pursuant to a prior direction of the court and approved a plan submitted by plaintiff as an interim measure. While a plan adopted by the representative body is preferable, the Legislature's plan was properly rejected in that its population figures for districts 2 and 3 were not based on a Federal census (Seaman v. Fedourich, 16 N Y 2d 94, 104; Thayer v. Garraghan, 28 A D 2d 584). The plan approved is not constitutionally defective because of the minor population variance involved (Abate v. Mundt, 25 N Y 2d 309, affd. 403 U. S. 182). Judgment affirmed, without costs. Herlihy, P. J., Reynolds, Greenblott, Sweeney and Simons, JJ., concur.